1  STEVE W. BERMAN (*pro hac vice* pending)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  1918 8th Avenue, Suite 3300
   Seattle, WA 98101
3  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
4  Email: steve@hbsslaw.com
           -and-
5  R. ALEXANDER SAVERI (SBN 173102)
   SAVERI & SAVERI, INC.
6  706 Sansome Street
   San Francisco, CA 94111
7  Telephone: (415) 217-6810
   Facsimile: (415) 217-6813
8  Email: rick@saveri.com

9  [Additional Counsel on Signature Page]

10 *Counsel for the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BETSALEL WILLIAMSON, individually and on behalf of all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>APPLE, INC.,  )<br>)<br>Defendant.  )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 11-cv-0377<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION REQUESTING TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Jeremy Fogel<br>Complaint Filed: Jan. 25, 2011<br>Date: April 29, 2011<br>Time: 10:30 a.m.<br><br>**JURY TRIAL DEMANDED** |

[PROPOSED] ORDER GRANTING JOINT STIPULATION Williamson et al v. Apple, Inc.
No. 11-CV-0377

1   Pursuant to the parties' Stipulation Requesting to Continue Case Management Conference,
2   and good cause so appearing, the case management conference currently scheduled for ***April 28,***
3   ***2011*** *at* ***10:30 a.m.***, is hereby continued to ***July 29, 2011*** *at* ***10:30 a.m.***  The last day to meet and
4   confer pursuant to Federal Rule of Civil Procedure 26(f) is hereby continued until 21 days
5   prior to the case management conference, and the last day for the parties to submit their Federal
6   Rule of Civil Procedure 26(f) report, initial disclosures, ADR process forms, and joint case
7   management statement is hereby continued until 10 days prior to the case management conference.

(Note: "April 28" is struck through and replaced with "29"; "12" is handwritten for the date.)

9   **IT IS SO ORDERED**.

11   Dated: April 12, 2011

_____
Honorable Jeremy Fogel
United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING JOINT STIPULATION
Williamson et al v. Apple, Inc.
No. 11-CV-0377

1 **CERTIFICATE OF SERVICE**

2 I hereby certify that on April 8, 2011, at the direction of Lee M. Gordon, I electronically
3 filed the foregoing with the Clerk of the Court using the CM/ECF system which will send
4 notification of such filing to the e-mail addresses registered.

5
6                                                        /s/ Jenni Bain
                                                         JENNI BAIN

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

010229-11 438645 V1     - 2 -
[PROPOSED] ORDER GRANTING JOINT STIPULATION Williamson et al v. Apple, Inc.
No. 11-CV-0377