1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   PPreovolos@mofo.com
2  ANDREW D. MUHLBACH (CA SBN 175694)
   AMuhlbach@mofo.com
3  ALEXEI KLESTOFF (CA SBN 224016)
   AKlestoff@mofo.com
4  CLAUDIA M. VETESI (CA SBN 233485)
   CVetesi@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Defendant
   APPLE INC.

**IT IS SO ORDERED**
Judge Edward J. Davila
5/27/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BETSALEL WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>             Defendant. | Case No.   CV 11-0377-EJD<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**[N.D. CAL. CIVIL LR 6-1]**<br><br>Judge: Hon. Edward J. Davila<br>Complaint Filed: Jan. 25, 2011<br>Trial Date: None Set |

JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FAC
CASE NO. CV 11-0377-EJD
sf-2999419

1  Pursuant to Northern District Local Rule 6-1(a), it is hereby stipulated by and between
2  plaintiff Betsalel Williamson ("plaintiff") and defendant Apple Inc. ("Apple"), through their
3  respective attorneys, that the time by which Apple may plead or otherwise respond to the First
4  Amended Complaint shall be extended to and including **June 10, 2011**.  In the event that Apple
5  files a motion in response to plaintiff's First Amended Complaint, the parties will meet and
6  confer regarding any associated deadlines for the opposition and reply briefs.  This stipulated
7  extension does not affect any deadlines set by the Court.

Dated: May 26, 2011                        R ALEXANDER SAVERI
                                           CADIO R. ZIRPOLI
                                           MELISSA CONWELL SHAPIRO
                                           SAVERI & SAVERI, INC.

                                           STEVE W. BERMAN
                                           ELAINE T. BYSZEWSKI
                                           PETER E. BORKON
                                           HAGENS BERMAN SOBOL SHAPIRO LLP

                                           By:    /s/ Cadio Zirpoli
                                                  CADIO ZIRPOLI

                                           Attorneys for Plaintiff
                                           BETSALEL WILLIAMSON

Dated: May 26, 2011                        PENELOPE A. PREOVOLOS
                                           ANDREW D. MUHLBACH
                                           ALEXEI KLESTOFF
                                           CLAUDIA M. VETESI
                                           MORRISON & FOERSTER LLP

                                           By:    /s/ Alexei Klestoff
                                                  ALEXEI KLESTOFF

                                           Attorneys for Defendant
                                           APPLE INC.

I, Alexei Klestoff, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

                                           By:    /s/ *Alexei Klestoff*
                                                  Alexei Klestoff