PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
ANDREW D. MUHLBACH (CA SBN 175694)
AMuhlbach@mofo.com
ALEXEI KLESTOFF (CA SBN 224016)
AKlestoff@mofo.com
CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BETSALEL WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.   CV 11-0377-EJD<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO ESTABLISH BRIEFING AND HEARING SCHEDULE**<br><br>Judge: Hon. Edward J. Davila<br>Complaint Filed: Jan. 25, 2011<br>Trial Date: None Set |

1  Pursuant to the parties' Stipulation to Establish Briefing and Hearing Schedule, and good cause so appearing, the hearing on any motion filed by Apple in response to Plaintiff's First Amended Complaint is scheduled for **August 26, 2011 at 9:00 a.m.**  Plaintiff shall file an opposition to Apple's motion on or before **June 30, 2011**, and Apple shall file a reply in support of its motion on or before **July 21, 2011**.

**IT IS SO ORDERED.**

Dated:  June 7, 2011

                                        Honorable Edward J. Davila
                                        United States District Judge