1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   PPreovolos@mofo.com
2  ANDREW D. MUHLBACH (CA SBN 175694)
   AMuhlbach@mofo.com
3  ALEXEI KLESTOFF (CA SBN 224016)
   AKlestoff@mofo.com
4  CLAUDIA M. VETESI (CA SBN 233485)
   CVetesi@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Defendant
   APPLE INC.

**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BETSALEL WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>           Defendant. | Case No.   CV 11-0377-EJD<br><br>**CLASS ACTION**<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION REQUESTING TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: October 14, 2011<br>Time: 10:00 a.m.<br>Place: Ctrm 1<br>Judge: Hon. Edward J. Davila |

1   Pursuant to the parties' Stipulation Requesting to Continue Case Management
2   Conference, and good cause so appearing, the case management conference currently scheduled
3   for **October 14, 2011 at 10:00 a.m.,** is hereby continued to a **date 30 days after the Court has**
4   **issued a ruling on Apple's motion to dismiss Plaintiff's First Amended Complaint.**  The last
5   day for the parties to submit their Federal Rule of Civil Procedure 26(f) report, initial disclosures,
6   and joint case management statement is hereby continued until 7 days prior to the case
7   management conference.  The court will re-schedule the Case Management Conference in the order addressing Apple's Motion to Dismiss.

**IT IS SO ORDERED.**

10   Dated:  October 7, 2011

_____
Honorable Edward J. Davila
United States District Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION                                                                                             1
CASE NO. CV 11-0377-EJD
sf-3054563